Robert S. Lampl
Law Offices of Robert S. Lampl
21031 Ventura Boulevard
Suite 640
Woodland Hills, CA 91364
Tel: 818-226-5662
Fax: 818-226-5671
Advocate45@aol.com

*Attorneys for Defendants*

FILED
2013 JUL 24 PM 1:58

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, d/b/a CREDIT MANAGERS ASSOCIATION, Assignee for the Benefit of Creditors for Pandigital, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CV13- 5342 RSWL (MRWx)<br><br>CIVIL ACTION NO. _____<br><br>**DEFENDANT AMERICAN EXPRESS COMPANY'S NOTICE OF REMOVAL** |

Defendant American Express Company ("AEC"), hereby gives notice, pursuant to 28 U.S.C. §§ 1441 and 1446, that it has removed this civil action, styled *Credit Managers Association of California, d/b/a Credit Managers Assoc., Assignee for the Benefit of Creditors for Pandigital, Inc. v. American Express Company, et al.*, Case # BC512169, from the Superior Court of Los Angeles County, California (the "State Court Action"), to the United States District Court for the Central District of California, Western Division, showing the Court as follows:

1. This Notice of Removal is timely as it has been filed within thirty (30) days of the receipt of Plaintiff's Complaint by service, such Complaint having been served on June 24, 2013.

2. A copy of the Complaint is attached hereto as Attachment "1."

3. This civil action is between citizens of different states.

5703715v1

4. Plaintiff was a citizen of the State of California when the Complaint in this civil action (the "Complaint") was filed, and upon information and belief it remains so today.

5. Defendant American Express Company is a corporation incorporated under the laws of the state of New York, and with its principal place of business in the state of New York, when the Complaint was filed, and it remains so today. (*See* Pl.'s Compl. ¶ 2.)

6. As established by paragraphs 1 through 5 above, and by Plaintiff's Complaint, complete diversity of citizenship exists between the parties.

7. Plaintiff seeks monetary relief in this civil action and has alleged claims exceeding the sum or value of $75,000, exclusive of interests and costs. (*See* Pl.'s Compl. At ¶ 6 and Ex. A.)

8. Defendant reserves, without waiving, all objections it may have now or in the future regarding jurisdiction, venue, process, service of process, or failure to state a claim upon which relief can be granted.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being provided to Plaintiff and will be filed concurrently with the Clerk of the Superior Court of Los Angeles County, California.

10. For purposes of removal, venue is proper in this Court because the Superior Court of Los Angeles County, California, is located in the Central District of California, Western Division.

Respectfully submitted this 24th day of July, 2013.

/s/ Robert S. Lampl
Law Offices of Robert S. Lampl
21031 Ventura Boulevard
Suite 640
Woodland Hills, CA 91364
Tel: 818-226-5662
Fax: 818-226-5671
advocate45@aol.com

| | |
|---|---|
| 1 | |
| 2 | and |
| 3 | |
| 4 | Arnall Golden Gregory LLP<br>Frank N. White |
| 5 | Marguerite L. DeVoll<br>171 17th Street |
| 6 | Suite 2100 |
| 7 | Atlanta, GA 30363<br>Tel: 404-870-8000 |
| 8 | Fax: 404-870-8001<br>Frank.white@agg.com |
| 9 | Marguerite.devoll@agg.com |
| 10 | *Attorneys for Defendant* |
| 11 | |
| 12 | |
| ... | |
| 28 | |

# ATTACHMENT 1

5703715v1

 **CT Corporation**

**Service of Process Transmittal**
06/24/2013
CT Log Number 522985531

**TO:** Chalon Allen
American Express General Counsel's Office
1801 NW 66 Ave., Suite103
MC 95-01-04
Plantation, FL 33313

**RE:** **Process Served in California**

**FOR:** American Express Company (Domestic State: NY)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Credit Managers Association of California, etc., Pltf. vs. American Express Company, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit, Cover Sheet, Addendum and Statement, Notice, Instructions, Stipulation(s), Informal Discovery Conference, Stipulation and Order |
| **COURT/AGENCY:** | Los Angeles County - Superior Court - Hill Street, CA<br>Case # BC512169 |
| **NATURE OF ACTION:** | For Recovery of Preferential Transfers. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/24/2013 at 14:45 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service. |
| **ATTORNEY(S) / SENDER(S):** | Gregory S. Abrams<br>A-S-K Financial<br>18653 Ventura Blvd., #361<br>Encino, CA 91346<br>310 874 5321 |
| **REMARKS:** | Even though Summons commands service on American Express Corporation, Complaint names Defendant as American Express Company. Process server confirmed documents were being served on American Express Company. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Standard Overnight , 796088373979<br>Image SOP<br>Email Notification, Patti L. Squicciarini Patti.L.Squicciarini@aexp.com<br>Email Notification, Chalon Allen chalon.t.allen@aexp.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

1  Gregory S. Abrams, CA SBN 96759
   Douglas D. Kappler, CA SBN 48979
2  A·S·K FINANCIAL
   18653 Ventura Blvd., #361
3  Encino, California 91346
   Telephone: (310) 874-5321  Fax: (661) 269-5312
4  e-mail: dkappler@askfinancial.com
   \c-lu-cty ass - F:\wp\MM\PANSI-COMP.WPD
5  Attorneys For Plaintiff, Credit Managers Association of California, dba Credit Managers
   Association, Assignee for the Benefit of Creditors
6

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JUN 14 2013

John A. Clarke, Executive Officer/Clerk
By _____, Deputy

## SUPERIOR COURT - UNLIMITED JURISDICTION
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
## LOS ANGELES DIVISION

BC512169

| CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, DBA CREDIT MANAGERS ASSOCIATION, Assignee for the Benefit of Creditors of Pandigital, Inc., Plaintiff, vs. AMERICAN EXPRESS COMPANY; and DOES 1 through 10, inclusive, Defendants. | Case No.<br><br>Complaint For Recovery Of Preferential Transfers<br><br>[C.C.P. § 1800 (b)] |
|---|---|

Plaintiff, Credit Managers Association of California, dba Credit Managers Association, Assignee for the Benefit of Creditors of Pandigital, Inc. (hereinafter referred to as "Plaintiff" or "Assignee"), hereby alleges as follows:

1. Plaintiff is the assignee for the benefit of the creditors of Pandigital, Inc. ("Pandigital" or "Assignor"), by virtue of a general assignment for the benefit of creditors executed by Pandigital on July 12, 2012 (the "Assignment Date").

2. Based on information and belief, Plaintiff alleges that Defendant American Express Company ("Defendant"), is a corporation organized under the laws of the State of New York.

-1-
PANAMX001   COMPLAINT FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS

3. Plaintiff is ignorant of the true identities of the defendants sued herein as Doe 1 through 10 ("Doe Defendants"). Plaintiff will amend this Complaint to allege their true identities when such identities become known to Plaintiff and will properly substitute them in the place of such Doe Defendants.

4. Plaintiff alleges on information and belief that Defendant and each of the Doe Defendants (collectively referred to as "Defendants") is liable to Plaintiff for the claims alleged in this Complaint.

### FIRST CAUSE OF ACTION
### (RECOVERY OF PREFERENTIAL TRANSFERS
### Cal. Code of Civ. Pro. 1800

5. Plaintiff incorporates each and every allegation contained in paragraphs 1 through 4, inclusive, as if fully set forth herein.

6. On or within 90 days before the Assignment Date, that is between April 14, 2012 and July 12, 2012 (the "Preference Period"), Pandigital made one or more transfers by check, wire transfer, or its equivalent, aggregating not less than $74,000.00 (hereinafter collectively referred to as "the Transfers") directly to or for the benefit of the Defendants herein. Attached hereto as Exhibit "A" and incorporated herein by this reference is a list of the check transfers presently included in the Transfers total.

7. Defendants were creditors of the Assignor at the time of the Transfers. At the time of the Transfers, Defendants had a right or rights to payment on account of an obligation or obligations owed to Defendants by Pandigital. Therefore, C.C.P. §1800(b)(1) and (2) are satisfied.

8. The Transfers were to or for the benefit of a creditor within the meaning of C.C.P. § 1800(b)(1) because the Transfers either reduced or fully satisfied a debt or debts then owed by Pandigital to Defendants.

9. The Transfers were made on account of an antecedent debt because the Transfers were on account of a debt obligation or debt obligations for which Pandigital was legally bound to pay before the Transfers were made. Therefore, C.C.P. §1800(b)(2) is satisfied.

-2-
PANAMX001        COMPLAINT FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS        F:\e;\MMM\PAM\SI COMP WPD / IR3\en11, 73 34

10. Pandigital was insolvent throughout the Preference Period within the meaning of the C.C.P. § 1800(a)(1), in that the sum of its debts was greater than the fair value of its assets. Therefore under C.C.P. § 1800(b)(3) is satisfied.

11. By reason of the Transfers, Defendants received more on account of their debts than other creditors in the same class. Therefore under C.C.P. § 1800(b)(5) is satisfied.

12. By virtue of the foregoing, Plaintiff is entitled to recover the Transfers from Defendants plus prejudgment interest from the date of each payment to the date of judgment herein at the lawful rate, under Civil Code § 3287 and other applicable law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this court enter judgment as follows:

1. That the Transfers of $74,000.00 be avoided and set aside;
2. That Plaintiff recover from Defendants the amount of the Transfers, together with prejudgment interest thereon at the legal rate allowed from the date of each Transfer;
3. For costs of this suit; and
4. For such other and further relief as this Court deems is just and proper.

Dated: June 2, 2013

A·S·K FINANCIAL

By: _____
Gregory S. Abrams, Esq., Douglas D. Kappler, Esq.
Attorneys For Credit Managers Association of California, dba Credit Managers Association, Assignee for the Benefit of Creditors, Plaintiff

-3-
COMPLAINT FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS



**A·S·K FINANCIAL**
Insolvency Financial & llection Legal Services
18653 Ventura Blvd., #361
Tarzana, CA 91356
PHONE: 310 874-5321
FAX: 661 269-5312

## CHECK REGISTER
### TRANSFERS DURING PREFERENCE PERIOD

Defendant: American Express Company
Case Name: Pandigital, Inc.
Preference Period: April 14, 2012 - July 12, 2012

| Check No. | Check Date | Clear Date | Check Amount | Check Description |
|---|---|---|---|---|
| 011016 | June 19, 2012 | June 22, 2012 | $6,678.00 | |
| 011017 | June 19, 2012 | June 22, 2012 | $19,011.12 | |
| A525#1 | May 25, 2012 | May 25, 2012 | $18,096.40 | |
| A525#2 | May 25, 2012 | May 25, 2012 | $7,386.71 | |
| A63729 | May 29, 2012 | May 29, 2012 | $-.00 | ACH did not go thru on 05/25/2012 |
| A69773 | April 20, 2012 | April 23, 2012 | $17,929.90 | ACH Trax# 19769773 |
| A69820 | April 20, 2012 | April 23, 2012 | $29,396.83 | ACH Tranx# 19769820 |

Total Check(s): 7        Total Amount: $98,498.96

Wednesday, June 12, 2013
American Express Company (PANAMX001)

Exhibit A

Page 1
©A·S·K Financial
02Jun13. 12.41

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

### CV13- 5342 RSWL (MRWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Credit Managers Association of California, DBA Credit Managers Association, Assignee for the Benefit of Creditors of Pandigital, Inc.

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

American Express Company; and Does 1 through 10, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Gregory S. Abrams
Douglas D. Kappler
A-S-K Financial
16653 Ventura Blvd. #361

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Robert S. Lampl
Law Offices of Robert S. Lampl
21031 Ventura Boulevard, Suite 640
Woodland Hills, CA 91364

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. Government Not a Party)
☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding
☒ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ $98,498.96

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Cal. Code of Civ. Pro. 1800 - Recovery of Preferential Transfers

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** ☐ 463 Alien Detainee | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 510 Motions to Vacate Sentence | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** ☐ 540 Mandamus/Other | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13- 5342**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)                          CIVIL COVER SHEET                          Page 1 of 2

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Alameda |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____ DATE: 7/24/2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |