Robert S. Lampl
Law Offices of Robert S. Lampl
21031 Ventura Boulevard
Suite 640
Woodland Hills, CA 91364
Tel: 818-226-5662
Fax: 818-226-5671
Advocate45@aol.com

Attorneys for Defendant
American Express Company

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Credit Managers Association of California, dba Credit Managers Association, Assignee for the Benefit of Creditors,<br>　　　　　　　　　Plaintiff,<br>vs.<br>American Express Company,<br>　　　　　　　　　Defendant. | Adv No. CV13-5342-(RSWL)-MRW<br><br>ORDER DISMISSING CASE WITH PREJUDICE<br><br>DATE: January 7, 2014<br>TIME: 9:00 am<br>CTRM: 544/21<br>111 N. Hill Street<br>Los Angeles, CA  90012 |

　　　Having read and considered the stipulation by Plaintiff and Defendant herein to dismiss the above captioned matter, and good cause appearing,

　　　IT IS ORDERED that the above captioned matter is herewith dismissed with prejudice.

　　　Dated:  December 4, 2013

　　　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　HON. RONALD S.W. LEW,
　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE